### 8181. WILLIAMS v. DAVIS.

BROYLES, P. J. 1. The verdict was authorized by the evidence.

2. The grounds of the amendment to the motion for a new trial, not being referred to in the brief of counsel for the plaintiff in error, are treated as abandoned.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED FEBRUARY 1, 1917.

Action for false arrest; from Dooly superior court—Judge George. October 30, 1915.

*Powell & Lumsden, J. T. Hill,* for plaintiff in error.

*Jule Felton,* contra.